**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**

No. 97-3800WM

_____

| | | |
|---|---|---|
| Dawn E. Coary, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the Western |
| | * | District of Missouri. |
| Marvin T. Runyon, Postmaster General, | * | |
| United States Post Office, | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

_____

Submitted: March 13, 1998
Filed: March 18, 1998

_____

Before FAGG and ROSS, Circuit Judges, and EISELE,* District Judge.

_____

PER CURIAM.

Dawn E. Coary appeals the district court's order dismissing Coary's disability discrimination complaint for failure to exhaust administrative remedies. Because we agree with the district court's conclusion that it lacked subject matter jurisdiction, we affirm. See 8th Cir. R. 47B.

_____

*The Honorable G. Thomas Eisele, United States District Judge for the Eastern District of Arkansas, sitting by designation.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.